IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00375-AP

ESTELA GANDARILLA,

Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**    **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Dan R. Cohen<br>700 Broadway, Suite 1101<br>Denver, CO 80203<br>303-831-7670<br>dan@pepemendez.com | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

   **A. Date Complaint Was Filed:** 2/22/08
   **B. Date Complaint Was Served on U.S. Attorney's Office:** 2/25/08
   **C. Date Answer and Administrative Record Were Filed:** 4/25/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

   **A. Plaintiffs Opening Brief Due:** 6/27/08
   **B. Defendant's Response Brief Due:** 7/29/08
   **C. Plaintiffs Reply Brief (If Any) Due:** 8/13/08

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   **A. Plaintiffs Statement:** Plaintiff does not request oral argument.
   **B. Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 19th day of May, 2008.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Dan R. Cohen 5/15/08
Dan R.Cohen
700 Broadway, Suite 1101
Denver, CO 80203
303-831-7670
dan@pepemendez.com

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum 5/15/08
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov