IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00375-MSK

ESTELA GANDARILLA,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

## ORDER SETTING ORAL ARGUMENT
_____

        THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

        **IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **July 28, 2009,** at **4:00p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

        Dated this 20th day of August, 2008.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge